IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT IN AND
FOR DUVAL COUNTY, FLORIDA

CASE NO.: 16-2022-CA-006424-XXXX-MA
DIVISION: CV-H

**CARMEN MILAGROS DIAZ MARQUEZ,**
    **Plaintiff,**

vs.

**STEVEN ANDREW NUTT,**
    **Defendant.**
_____/

## COMPLAINT [AMENDED]

**PLAINTIFF**, **CARMEN MILAGROS DIAZ MARQUEZ**, by and through the undersigned attorney, hereby sues Defendant, **STEVEN ANDREW NUTT**, and alleges:

1. This is an action for damages in excess of $30,000.00 exclusive of attorneys' fees, interest and costs, and plaintiff(s) hereby demand a trial by jury; accordingly, although, to file this complaint, undersigned counsel is being required by order of the Supreme Court of Florida to contemporaneously complete a civil cover sheet with a dollar figure as an estimated amount of claim for data collection and clerical processing purposes only, the full monetary value of the damages suffered by plaintiff is yet to be determined and will be decided in a verdict by the jury that judges the facts of this action in compliance with Article I, Section 22, Florida Constitution.

2. The accident which gives rise to this Complaint occurred on or about February 29, 2020, in Jacksonville, Duval County, Florida.

3. At all times material hereto, the Plaintiff was a resident of Jacksonville, Duval County, Florida.

4. At all times material hereto, Defendant was a resident of Columbia, Maury County, Tennessee.

5. This court has jurisdiction.

6. Plaintiff is entitled to relief against Defendant, STEVEN ANDREW NUTT, upon the following facts:

    a. On or about February 29, 2020, Defendant, STEVEN ANDREW NUTT, negligently operated or maintained his motor vehicle so that it collided with Plaintiff, CARMEN MILAGROS DIAZ MARQUEZ' motor vehicle.

    b. Plaintiff was operating her vehicle in a careful and prudent manner.

7. As a result, Plaintiff, CARMEN MILAGROS DIAZ MARQUEZ, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, inconvenience, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and/or aggravation of a previously existing condition. These losses are either permanent or continuing and Plaintiff, CARMEN MILAGROS DIAZ MARQUEZ will suffer these losses in the future.

**WHEREFORE**, Plaintiff, CARMEN MILAGROS DIAZ MARQUEZ demands judgment for damages and costs against Defendant and a trial by jury of all issues herein.

RESPECTFULLY SUBMITTED ON February 8, 2023

RESPECTFULLY SUBMITTED,
**LAW OFFICE OF ELIZABETH GONZALEZ, P.L.**

*/s/ ELIZABETH GONZALEZ*

_____
**Elizabeth Gonzalez, Esquire     FBN 33485**
10175 Fortune Parkway, Suite 301
Jacksonville, Florida 32256
Phone  904.545.8521  / Fax  904.363.6003
Email: Pi.gonzalezlaw@gmail.com
Pleadings Email: Egonzalezpleadings@gmail.com
**ATTORNEY FOR PLAINTIFF**