UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CARMEN MILAGROS DIAZ
MARQUEZ,

     Plaintiff,

                                Case No. 3:23-cv-588-BJD-JBT

v.

STEVEN ANDREW NUTT,

     Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation for Dismissal (Doc. 25; Stipulation) filed on December 21, 2023. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.    This case is **DISMISSED with prejudice.**

2.    Each party shall bear its own costs and fees.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this _4_ day of January 2024.

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record